IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAKIA HOUDESHEL, | : | No. 3:16-CV-01481 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| NANCY A. BERRYHILL,[1] <br> *Commissioner of the* <br> *Social Security Administration* | : | (Magistrate Judge Saporito) |
| Defendant. | : | |

# **ORDER**

**AND NOW**, this 29th day of September 2017, having conducted a *de novo* review and having reached the same decision as Magistrate Judge Joseph F. Saporito, Jr., **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s August 4, 2017 Report and Recommendation, ECF No. 14, is ADOPTED in full.

2. Remand for a new administrative hearing is DENIED.

3. Final judgment is entered in favor of Defendant and against Plaintiff.

4. The Clerk is directed to close the case file.

---

[1] The Complaint (ECF No. 1) correctly named Carolyn W. Colvin as Defendant, as she was the Acting Commissioner of the Social Security Administration at the time it was filed. As of January 23, 2017, however, Nancy Berryhill is the Acting Commissioner of Social Security.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge